ROBERT BENOWITZ, Suing on Behalf of Himself and Others Similarly Situated, Appellant, v. JAMES M. FEENEY, Respondent, Impleaded with WILLIAM SPROW, Defendant.— Interlocutory judgment unanimously affirmed, with costs, on the ground that the bill of sale conveyed no merchandise within the meaning of section 44 of the Personal Property Law,† with leave to the plaintiff to serve an amended complaint on payment of said costs, and the costs included in the interlocutory judgment.

HECTOR BECHARD, Respondent, v. RUTLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

STELLA GRAY PARSONS CHANDLER, Appellant, Respondent, v. BYRON CHANDLER, Respondent, Appellant.— Order and judgment so far as appealed from unanimously affirmed, without costs.

WAHNETIA A. DICKINSON, Respondent, v. WALTER S. DICKINSON, Appellant.— Interlocutory judgment reversed as against the weight of evidence and new trial granted, without costs. All concur, except John M. Kellogg, P. J., and H. T. Kellogg, J., dissenting. The court disapproves of the finding that the defendant committed adultery.

JULIUS KAYSER & Co., Respondent, v. JAMES FITZGERALD, Individually and as President of the Dyers and Finishers Local Union No. 1170, Sidney, N. Y., of the United Textile Workers of America, and Others. HARRY T. WILPERS, Individually and as President of the Warpers and Warp Hands Local Union, No. 1122, etc., and Others, Appellants.— Order modified by striking out the jail sentence of Wilpers and Boelke, and by reducing the fine of Hannah Chrisman to $150, and as so modified affirmed, without costs. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JEREMIAH SCISM, for Compensation under the Workmen's Compensation Law, Respondent, v. UNION MILLS, INC., Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

---

* Amd. by Laws of 1916, chap. 622. — [REP.
† Amd. by Laws of 1914, chap. 507. — [REP.